IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. 5:02 CR 0083 |
| Plaintiff | : |
| -vs- | : ORDER ADOPTING REPORT AND |
| | : RECOMMENDATION |
| LACEY L. PETTIFORD | : |
| Defendant | : |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge David S. Perelman for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing in which Mr. Pettiford was represented by counsel, Magistrate Judge Perelman returned a recommendation that the defendant knowingly and voluntarily admitted to two of the four supervised release violations presented in the violations report.

Further, Magistrate Judge Perelman recommended Mr. Pettiford's supervised release be modified to include a four month period of home confinement at the defendant's mother's residence with GPS monitoring, allowing for permission to leave

the residence if Mr. Pettiford is able to obtain employment.  The Magistrate Judge also recommended the period of modification be deferred for two weeks to implement the GPS system and to enable Mr. Pettiford to obtain verification of his prospective employment.

No objections were filed to Magistrate Judge Perelman's R&R.  Accordingly, this Court shall, hereby, adopt the Report and Recommendation modifying Mr. Pettiford's conditions of release.  All other conditions remain in effect.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 17 August 2010